IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                No. 2:06cr173-GLL-001

v.

JERMAINE FLAMER,

Defendant

## ORDER

AND NOW, this 7th day of September, 2006, pursuant to Defendant s Request to File a Motion Under Seal,

1. The motion is hereby granted;

2. The motion to be filed in the instant matter shall be and remain under seal until further order of court.

BY THE COURT :

_____, J.

cc:   Tina O. Miller, Esquire
      Mark A. Sindler, Esquire