IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        No. 2:06cr173-GLL-001

v.

JERMAINE FLAMER,

        Defendant

## ORDER

AND NOW, this 10th day of October, 2006, pursuant to the Defendant's Request to File a Motion Under Seal, at Document No. 45-1, it is hereby ordered and decreed that,

1. The motion is granted; and

2. Contents of that motion shall be and remain under seal until further order of court.

BY THE COURT:

_____, J.

cc: Tina O. Miller, Esquire
    Mark A. Sindler, Esquire