IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    No. 2:06cr173-GLL-001

v.

JERMAINE FLAMER,

        Defendant

## *ORDER*

AND NOW, this 6TH day of OCTOBER , 2009, pursuant to Defendant s
Request for Leave to File Document Under Seal,

1.    The motion is hereby granted;

2.    The Clerk shall accept for filing the document for which there shall be
impoundment from public view; and

3.    The document shall remain sealed until further order of court.

BY THE COURT :

_____, J.