IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 06-173 |
| | ) |
| JERMAINE FLAMER, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 16th day of October, 2009, following a hearing under Rule 35(b) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Court's Order of Judgment, imposing sentence on the instant defendant on October 31, 2006, is amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of 60 months incarceration, to run concurrently with the term of imprisonment imposed on the defendant for his supervised release violation at this Court's Case No. 2:98-cr-00139-005."

IT IS FURTHER ORDERED that the Court's Order of Judgment is further amended as follows:

> "Upon release from imprisonment, the defendant shall be on supervised release for a imprisoned for a term of three (3) years."

In all other aspects, the court's sentence of October 31, 2006 shall remain in full force and effect.

BY THE COURT:

_____, J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record
    U.S. Marshal
    U.S. Probation
    Federal Bureau of Prisons